IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY 29

05 APR -1 PM 2:55

ROBERT R. DiTROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
VS. )  CR. NO. 04-20387-D
)
ORTHAL STONE )
Defendant. )
)

## ORDER ON CHANGE OF PLEA AND **SETTING**

This cause came to be heard on March 28, 2005, the United States Attorney for this district, Camille McMullen, appearing for the Government and the defendant, Orthal Stone, appearing in person and with counsel, Marty B. McAfee, who represented the defendant.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count(s) 1 and 3 of the Indictment.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **WEDNESDAY, JUNE 22, 2005, at 1:30 P.M., in Courtroom No. 3, on the 9th floor before Judge Bernice B. Donald.**

Defendant is allowed to remain released on present bond.

**ENTERED** this the 31 day of March, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 4-4-05

59

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 59 in case 2:04-CR-20387 was distributed by fax, mail, or direct printing on April 4, 2005 to the parties listed.

---

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Marty B. McAfee
MCAFEE & MCAFEE
246 Adams Ave.
Memphis, TN 38103

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT